**JACKSONWHITE**
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtors Garrett and Kiresten Harrison
By:   Kelly G. Black, No. 016376

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA

| In re: | No. 2:11-bk-06877-GBN |
|---|---|
| Garrett Harrision and Kiresten Harrison, | **Motion to Convert to Chapter 11** |
| Debtors. | Assigned to: Honorable George B. Nielsen, Jr. |

Debtors Garrett and Kiresten Harrison move to convert this case to a case under Chapter 11.

### Memorandum of Points and Authorities

This case was initially filed as a case under Chapter 13 on March 17, 2011. (Doc 1.) It was dismissed for failure to provide tax returns on September 8, 2011. (Doc 45.) After the tax returns were provided, the Chapter 13 trustee consented to reinstatement. However, the Trustee's review indicated that the Debtors were over the unsecured debt limits applicable to Chapter 13 cases, and conditioned reinstatement on the filing of a motion to convert the case to one under Chapter 11. An order reinstating the case, and requiring the filing of a motion to convert, was entered on October 17, 2011. (Doc 49.)

Section 1307(d) of the Bankruptcy Code allows the conversion of a Chapter 13 case to under Chapter 11 after notice of and hearing on the request. Debtors do not qualify for a Chapter

///

13 bankruptcy, and wish to seek the relief offered under Chapter 11 of Title 11. Accordingly, Debtors request conversion of this case to one under Chapter 11.

DATED this 19th day of October, 2011.

JACKSON WHITE

/s/ Kelly G. Black
Attorneys for Debtors and Debtors in Possession
Garrett and Kiresten Harrison
By: Kelly G. Black, No. 016376

Copies served this same date by email to:

Ms. Jessica Sabo, Esq.,
Staff Counsel for Edward J. Maney, Chapter 13 Trustee
jsabo@maney13trustee.com

/s/ Kelly G. Black
20651-005\424470.docx