# JACKSON WHITE
### ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtors Garrett and Kiresten Harrison
By:     Kelly G. Black, No. 016376

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Garrett Harrision and Kiresten Harrison,<br><br>   Debtors. | No. 2:11-bk-06877-GBN<br><br>**Notice of Hearing on Motion to Convert to Chapter 11**<br><br>Assigned to: Honorable George B. Nielsen, Jr. |

Debtors Garrett and Kiresten Harrison give notice that they have filed a Motion to Convert to Chapter 11 ("Motion"); that a hearing has been set on the Motion for November 21, 2011 at 2:00 p.m. before Honorable George B Nielsen, Jr., Courtroom #702, 7th Floor, 230 N. First Ave, Phoenix, AZ 85003; that any response or objection to the Motion must be filed with the Court and served on the moving party on or before November 14, 2011; and that the Court may vacate the hearing and grant the requested relief if no timely objection is served and filed.

DATED this 19th day of October, 2011.

JACKSON WHITE

/s/ Kelly G. Black
Attorneys for Debtors
By: Kelly G. Black, No. 016376

Copies served this same date by email to:

Ms. Jessica Sabo, Esq.,
Staff Counsel for Edward J. Maney, Chapter 13 Trustee
jsabo@maney13trustee.com

Copies served to the creditor mailing matrix, as established in separate certificate.

/s/ Kelly G. Black
20651-005/424486.docx