The Law Office of
Kelly G. Black, PLC
1152 E Greenway St, Ste 4
Mesa, AZ 85203-4360
P (480) 639-6719
F (480) 639-6819
kgb@kellygblacklaw.com
Attorneys for Garrett Harrison and Kiresten Harrison
By:    Kelly G. Black, No. 016376

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: **Garrett Harrison**  X | Chapter 11 Proceedings |
|---|---|
| **Kiresten Harrison**  X | Case No. **2:11-bk-06877-BKM** |
| Debtors | **Motion for Final Decree** |

Debtors Garrett Harrison and Kiresten Harrison submit this Motion for Final Decree.

## I.    Final Decree

There has been substantial consumnation of the Plan confirmed by the Court by order entered June 2, 2011. (Doc 164) The Debtors have transferred substantially all of the property proposed by the Plan to be transferred; management of all or substantially all of the property dealt with by the plan has been assumed; and the Debtors have commenced distribution under the plan. Each of these three requirements under 11 USC §1101(2) is summarized below.

### A.    *Assumption by the Debtor of Management of Property*

The Plan provided that Debtors would continue to manage Debtors, and have done so since confirmation of the Plan.

### B.    *Distributions*

Debtors have commenced distribution under by the Plan.

### C. Other Matters Affecting Full Administration

There are no pending matters.

## II. Relief Requested

WHEREFORE Debtors Garrett Harrison and Kiresten Harrison respectfully request the court to grant this Motion for Final Decree by entering a Final Decree closing this case without prejudice to reopening for entry of discharge or as allowed by Debtors' Plan.

DATED this 6th day of February, 2017.

        The Law Office of Kelly G. Black, PLC

        /s/Kelly G. Black
        Attorney for Garrett Harrison and Kiresten Harrison
        By: Kelly G. Black, No. 016376